IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH EDWARD BARBOUR, )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-077
)
U.S. CODE 2403(A), )
)
    Defendant. )
)

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the Court **ADOPTS IN PART** the Magistrate Judge's Report and Recommendation. The Court adopts that portion of the Report and Recommendation that denies Plaintiff's Motion for Leave to Proceed In Forma Pauperis under 28 U.S.C. § 1915(g) based on Plaintiff's failure to sufficiently allege imminent harm. However, the Court **DECLINES TO ADOPT** the additional sanctions recommended by the Magistrate Judge. See Miller v. Donald, 541 F.3d 1091, 1099 (11th Cir. 2008) ("[I]t is understandable that § 1915(g) as enacted by Congress may not be able to screen out as many frivolous lawsuits quickly enough, yet this perceived deficiency is not an invitation for the district courts to

improve upon the statute."). Because Plaintiff is subject to the three-strike rule contained in § 1915(g), his case is **DISMISSED**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 28th day of April, 2010.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2