IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH EDWARD BARBOUR, )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-077
)
U.S. CODE 2403(A), )
)
    Defendant. )
_____)

## O R D E R

Before the Court is Plaintiff Kenneth Edward Barbour's "United States Federal Constitution First Amendment Motion on Leave to Amend Appellees-Defendants" (Doc. 21), Motion to Proceed In Forma Pauperis on Appeal (Doc. 22), and "Prison Litigation Reform Act Unconstitutionality Title 28 United States Code Unconstitutionality Consolidated Motion NOA" (Doc. 23). In this case, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3); see Fed. R. App. P. 24(a)(3)(A). After careful consideration, the Court finds that this appeal is frivolous and not taken in good faith. Accordingly, Plaintiff's Motion for Leave to Appeal In Forma Pauperis (Doc. 22) is **DENIED**. After carefully considering Plaintiff's remaining motions and the record in this case,

the Court can discern no grounds for relief. Accordingly, the motions (Docs. 21, 23) are also **DENIED**.

SO ORDERED this 4th day of May 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA